AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| LEANDRO CABO, VITOR VOZZA, KYLE RUPPRECHT, WARREN WINTER, SUNIL KAVURI, on behalf of himself and all others similarly situated, *Plaintiff(s)* <br> v. <br> Temasek Holdings (Private) Limited, Temasek International (USA) LLC, Softbank Group Corp., SB Group US, INC, Softbank Investment Advisers (UK) Limited, Softbank Global Advisers Limited, Sino Global Capital Limited, Sino Global Capital Holdings, LLC. *Defendant(s)* | Civil Action No. 3:23-cv-03974 -AGT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Attachment

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

  Joseph R. Saveri
  Joseph Saveri Law Firm, LLP
  601 California Street, Suite 1000
  San Francisco, California 94108
  jsaveri@saverilawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF COURT
Mark B. Busby

Date: 8/8/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-03974 -AGT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

3:23-cv-03974-AGT

# ATTACHMENT

# SUMMONS IN A CIVIL ACTION

**Temasek Holdings (Private) Limited**
1505 CORPORATION
CSC - LAWYERS INCORPORATING SERVICE
375 PARK AVE, 14TH FLOOR
NEW YORK, NY 10152

**Temasek International (USA) LLC**
101 CALIFORNIA ST STE 3700
SAN FRANCISCO, CA 94111-5856

**Softbank Group Corp.**
ATTN: SBGI LEGAL
1 CIRCLE STAR WAY, 4F
SAN CARLOS, CA 94070

**SB Group US, INC**
1 CIRCLE STAR WAY,
4TH FLOOR SAN CARLOS CA 94070

**Softbank Investment Advisers (UK) Limited**
69 GROSVENOR STREET
MAYFAIR
LONDON, W1K 3JP
ENGLAND, UNITED KINGDOM

**Softbank Global Advisers Limited**
300 EL CAMINO REAL
MENLO PARK, CA, 94025

**Sino Global Capital Limited**
C/O MATTHEW GRAHAM
CHAOYANG, BEIJING,
BEIJING SHI, 100125, CHINA

**Sino Global Capital Holdings, LLC.**
THROUGH IT'S REGISTERED AGENT
CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808