UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEANDRO CABO, VITOR VOZZA, KYLE RUPPRECHT, WARREN, SUNIL KAVURI, on behalf of himself and all others similarly situated

CIVIL ACTION NO.: 3:23-CV-03974-AGT

vs

*Plaintiff*

Temasek Holdings (Private) Limited, et al

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Sunnyside, New York

That on **8/16/2023** at **2:11 PM** at **375 Park Avenue, Lobby, New York, NY 10152**

deponent served a(n) **Summons in a Civil Action and Class Action Complaint and Demand for Jury Trial with Exhibits A-D, Civil Standing Orders for Magistrate Judge Alex G. Tse, Settlement Conference Standing Order for Magistrate Judge Alex G. Tse**

on **Temasek Holding (Private) Limited**, a domestic corporation,

by delivering thereat a true copy of each to **Kevin Esmeral** personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual to be **authorized to accept service** thereof.

Description of Person Served:
Gender : Male
Skin : Brown
Hair : Black/Gray
Age : 36 - 50 Yrs.
Height : 5' 4" - 5' 8"
Weight : 161-200 Lbs.
Other :

Sworn to before me this
17th day of August, 2023

-----------------------------
NOTARY PUBLIC
YONG SHI LIANG
NOTARY PUBLIC STATE OF NEW YORK
KINGS COUNTY
LIC. # 01LI0007685
COMM EXP. 05/16/2027

-----------------------------
Di Cong Jiang
License No.1220800

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160