AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-03974-AGT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Temasek International (USA) LLC
was received by me on *(date)* 08/15/2023 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Rebekah Mickle, Recept., Temasek International , who is
designated by law to accept service of process on behalf of *(name of organization)* Temasek International (USA) LLC
101 California St.,#3700, San Francisco, CA 94111 on *(date)* 08/16/2023 ; or
@ 12:53 PM

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/16/2023

*Server's signature*

Gregory B. King, Reg. No. 1532, Co. of San Francisco
*Printed name and title*

Western Attorney Services
75 Columbia Sq.
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:

Documents served: Issued Summons, Complaint with Exhibits A-D, Standing Order for Magistrate Judge Alex G. Tse, and Settlement Conference Standing Order for Magistrate Judge Alex G. Tse