AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  3:23-cv-03974-AGT

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Sino Global Capital Limited

was received by me on *(date)*        01/30/2024            .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Donna "Doe", for Reg. Agent (WF/57/5'6"/150/brwn)  , who is

designated by law to accept service of process on behalf of *(name of organization)*   Corporation Service Co, 251

Little Falls Dr.,Wilmington, DE 19808 at 3:11 PM _____ on *(date)*    01/31/2024     ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    02/02/2024

_____
*Server's signature*

Sharelne Brooks, Process Server, DE
_____
*Printed name and title*

c/o Western Attorney Services
75 Columbia Sq.
San Francisco, CA 94103
_____
*Server's address*

Additional information regarding attempted service, etc:

Complete List of Documents Served:
1. Complaint
2. Exhibit A - D
3. Issued Summons (for "A." listed below)
4. Standing Order for Magistrate Judge Alex G. Tse
5. Settlement Conference Standing Order for Magistrate Judge Alex G. Tse